IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GEORGE A. HILL, SR.,

Appellant,

v.

DEPARTMENT OF
CORRECTIONS,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-0714

Opinion filed July 28, 2014.

An appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

George A. Hill, Sr., pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

DISMISSED.  This dismissal is without prejudice to appellant's right to seek

appellate review once a final order has been rendered.

PADOVANO, WETHERELL, and MAKAR, JJ., CONCUR.